UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO. 9:16-cv-81530-DMM

**GEO GROUP, INC.,**

    **Plaintiff,**

v.

**MATTHEW J. SWANDO,**

    **Defendant.**

_____/

**PLAINTIFF'S NOTICE OF CONFLICT AND MOTION TO RESCHEDULE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, GEO Group, Inc., moves to reschedule the hearing on its Motion for Preliminary Injunction, currently set for September 29, 2016. The grounds for this Motion are that undersigned counsel for Plaintiff, GEO Group is also lead counsel for the Defendant in *Lamour v. Uber Technologies, Inc.,* Case No. 16-21449-Civ-Martinez-Goodman, and has a previously set and conflicting court appearance in that case that he is unable to resolve.

On April 29, 2016, Judge Martinez entered a "Notice of Court Practices in FLSA Cases and Referring Case to Magistrate Judge for Settlement Conference." ECF 10. Pursuant to that Order, on August 25, 2016, Magistrate Judge Goodman entered an "Order Scheduling Settlement Conference," setting the settlement conference for September 29, 2016, from 10:00 A.M. through 1:00 P.M., in Miami, Florida. ECF 37. The Order Scheduling Settlement Conference, specifically requires that all counsel of record attend the settlement conference. Therefore, given the distance involved, undersigned cannot appear in both cases at the currently scheduled times.

Accordingly, undersigned respectfully requests that the Court re-schedule the hearing to the next available date.

## CERTIFICATE OF COUNSEL

Pursuant to S.D. Fla. L. R. 7.1(A)(3), undersigned counsel attempted to confer in good faith with counsel for Defendant regarding this scheduling conflict and potential alternative hearing dates during the following week of October 3-7, 2016.  See ECF 11 at p. 4.  However, Defendant's counsel refused to offer any response as to his or his client's availability during those alternative dates or otherwise indicate whether Defendant opposes this short delay and rescheduling.

Pursuant to S.D. Fla. L.R. 7.1(A)(2) and the Southern District's CM/ECF filing procedures, a proposed Order is attached to this Motion and has been electronically submitted to the Court in Word format.

DATED:  this 21st day of September, 2016         Respectfully submitted,

/s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.
Florida Bar No. 0614580
E-Mail:  cwilson@littler.com
Secondary:  kljackson@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552

COUNSEL FOR PLAINTIFF,
GEO GROUP, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of September, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: /s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.

Firmwide:142861412.1 059218.1256

## SERVICE LIST

*COUNSEL FOR PLAINTIFF*

Courtney B. Wilson, Esq.
Florida Bar No. 0614580
E-mail: cwilson@littler.com
Secondary:  kljackson@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552

*COUNSEL FOR DEFENDANT*

Jonathan Edgar Pollard, Esq.
Florida Bar No. 83613
E-mail: jpollard@pollardllc.com
Pollard PLLC
401 E. Las Olas Blvd., #1400
Fort Lauderdale, FL 33301
Telephone:  (954) 332-2380
Facsimile:   (866) 594-5731

Firmwide:142861412.1 059218.1256