**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH**

**CASE NO. 16-81530-CV-MIDDLEBROOKS/BRANNON**

**GEO GROUP, INC.,**

**Plaintiff,**

**v.**

**MATTHEW J. SWANDO,**

**Defendant.**
______________________________________/

**PLAINTIFF'S NOTICE OF CONFLICT AND *UNOPPOSED* MOTION TO RESCHEDULE TELEPHONIC SCHEDULING CONFERENCE**

Plaintiff, GEO Group, Inc., moves to reschedule the telephonic scheduling conference currently set for September 29, 2016 at 11:00 A.M. See ECF 7. The grounds for this Motion are that undersigned counsel for Plaintiff, GEO Group is also lead counsel for the Defendant in *Lamour v. Uber Technologies, Inc.,* Case No. 16-21449-Civ-Martinez-Goodman, and has a previously set and conflicting court appearance in that case that he is unable to resolve.

On August 25, 2016, Magistrate Judge Goodman entered an "Order Scheduling Settlement Conference," setting a settlement conference for September 29, 2016, from 10:00 A.M. through 1:00 P.M., in Miami, Florida. ECF 37. The Order Scheduling Settlement Conference specifically requires that all counsel of record attend the settlement conference. Therefore, undersigned cannot appear in both cases at the currently scheduled, conflicting times. Accordingly, undersigned respectfully requests that the Court re-schedule the hearing to the next available date and time.

**CERTIFICATE OF COUNSEL**

Pursuant to S.D. Fla. L. R. 7.1(A)(3), undersigned counsel has conferred with counsel for Defendant regarding this scheduling conflict and a potential alternative hearing date provided by the Court: September 30, 2016. Defendant's counsel does not oppose this motion generally but has a pre-existing obligation on that particular date/time.

Pursuant to S.D. Fla. L.R. 7.1(A)(2) and the Southern District's CM/ECF filing procedures, a proposed Order is attached to this Motion and has been electronically submitted to the Court in Word format.

DATED: this 23rd day of September, 2016

Respectfully submitted,

/s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.
Florida Bar No. 0614580
E-Mail: cwilson@littler.com
Secondary: kljackson@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

COUNSEL FOR PLAINTIFF,
GEO GROUP, INC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of September, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: /s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.

**SERVICE LIST**

*COUNSEL FOR PLAINTIFF*

Courtney B. Wilson, Esq.
Florida Bar No. 0614580
E-mail: cwilson@littler.com
Secondary: kljackson@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*COUNSEL FOR DEFENDANT*

Jonathan Edgar Pollard, Esq.
Florida Bar No. 83613
E-mail: jpollard@pollardllc.com
Pollard PLLC
401 E. Las Olas Blvd., #1400
Fort Lauderdale, FL 33301
Telephone: (954) 332-2380
Facsimile: (866) 594-5731