UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**GEO GROUP, INC.,**   CASE NO.: 9:16−cv−81530−DMM

    Plaintiff,

v.

**MATTHEW J. SWANDO**,

    Defendant.

_____/

## JOINT STATUS REPORT

Pursuant to this Court's Orders of September 15 & 23, 2016 (DE 10 & 15), Plaintiff, the GEO Group, Inc., and Defendant Matthew J. Swando, hereby file this joint status report in advance of the October 14, 2016 hearing on Plaintiff's Motion for Preliminary Injunction ("Hearing").

1. Both parties intend to call witnesses and put on evidence at the Hearing.

2. Plaintiff's Witness List:

    a. Ann Schlarb, Senior Vice President of the GEO Group;

    b. Jock Waldo, Divisional Vice President of BI, Incorporated, a wholly owned subsidiary of the GEO Group, Inc.

    c. Matthew J. Swando

    d. Any witnesses listed by Defendant

3. Defendant intends to call

    a. Matthew J. Swando;

    b. Yoganand Rajala, Vice President of Product Development at Numerex Corp., Defendant's current employer;

   c. All witnesses called by Plaintiff.

4. Plaintiff's Exhibit List:

   a. The parties' Consulting Agreement, dated October 30, 2015

5. Defendant intends to introduce the following exhibits:

   a. Defendant's 2015 Consulting Agreement with Plaintiff.

   b. The Colorado Department of Corrections contracts with BI, Incorporated, a wholly owned subsidiary of Plaintiff, from 2012 through the present.

   c. September 2014 contract between Immigration and Customs Enforcement and BI.

   d. December 2015 contract between Luverne County, Pennsylvania and BI.

   e. 2013 Contract with the State of Arkansas Department of Corrections and BI.

   f. 2016 Contract between BI, Inc. and the Florida Department of Juvenile Justice.

   g. 2013 Contract between BI, Inc. and City and County of Denver, Colorado.

   h. Any additional documentation provided by outstanding FOIA requests pertaining to BI's contracts.

   i. GEO's 2015 SEC 10-K form.

   j. 2015 MyShield informational pamphlets.

6. The parties expect that the evidentiary hearing can be concluded within three and one half (3.5) hours.

DATED this 11th day of October, 2016.          Respectfully submitted,

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| By: /s/ Courtney B. Wilson<br>Courtney B. Wilson, Esq.<br>Florida Bar No. 0614580<br>E-mail: cwilson@littler.com<br>Secondary: kljackson@littler.com<br>Littler Mendelson, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552 | By: /s/ Jonathan Edgar Pollard<br>Jonathan Edgar Pollard, Esq.<br>Florida Bar No. 83613<br>E-mail: jpollard@pollardllc.com<br>Pollard PLLC<br>401 E. Las Olas Blvd., #1400<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 332-2380<br>Facsimile: (866) 594-5731 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of October, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: /s/ *Courtney B. Wilson*
    Courtney B. Wilson, Esq.

Firmwide:143278476.2 059218.1256

3