UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH
CASE NO. 9:16-cv-81530-DMM

**GEO GROUP, INC.,**

    **Plaintiff,**

v.

**MATTHEW J. SWANDO,**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF RELATED ACTION

Plaintiff, GEO Group, Inc., pursuant to S.D. Fla. L. R. 3.8, gives notice of the related action of *The GEO Group, Inc. and BI Incorporated v. Matthew J. Swando and Numerex Corp.*, Case No. 1:16-cv-02315-RBJ, pending in the United States District Court for the District of Colorado (Denver). The Colorado action was filed subsequent to the filing of this action, and involves an additional defendant and additional claims that GEO Group may not have been able to join in this action.

DATED: this 11th day of October, 2016

Respectfully submitted,

/s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.
Florida Bar No. 0614580
E-Mail: cwilson@littler.com
Secondary: kljackson@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

COUNSEL FOR PLAINTIFF,
GEO GROUP, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of October, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: /s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.

## SERVICE LIST

*COUNSEL FOR PLAINTIFF*

Courtney B. Wilson, Esq.
Florida Bar No. 0614580
E-mail: cwilson@littler.com
Secondary: kljackson@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*COUNSEL FOR DEFENDANT*

Jonathan Edgar Pollard, Esq.
Florida Bar No. 83613
E-mail: jpollard@pollardllc.com
Pollard PLLC
401 E. Las Olas Blvd., #1400
Fort Lauderdale, FL 33301
Telephone: (954) 332-2380
Facsimile: (866) 594-5731

Firmwide:143279855.1 059218.1256