**IN THE CIRCUIT COURT OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION
CASE NO. 9:16-cv-81530-DMM**

GEO GROUP, INC.,

    Plaintiff,

v.

MATTHEW SWANDO,

    Defendant.
_____/

**MOTION FOR LEAVE TO FILE A SURREPLY TO PLAINTIFF'S REPLY IN
SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Defendant, MATTHEW SWANDO, by and through his undersigned counsel, hereby files this Motion for Leave to File a Surreply to Plaintiff's Reply in Support of Motion for Preliminary Injunction, and in support thereof states as follows:

"[Southern District of Florida] Local Rule 7.1(c) specifically allows movants to serve reply memoranda 'limited to rebuttal of matters raised in the memorandum in opposition without reargument of matters covered in the movant's initial memorandum of law.' [citation omitted]. If a party does not follow these parameters and interjects new argument, the opposing parties may file a surreply, provided they first obtain 'leave of Court.'" *Fed. Deposit Ins. Corp. v. Prop. Transfer Servs., Inc.*, No. 12-80533-CV, 2013 WL 11327802, at *1 (S.D. Fla. Aug. 9, 2013) (*citing First Specialty Ins. Corp. v. 633 Partners, Ltd.*, 300 F. App'x 777, 788 (11th Cir. 2008) ("A district court's decision to permit the filing of a surreply is purely discretionary and should

2

generally only be allowed when "a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." (citation omitted).

Plaintiff's Reply in Support of Motion for Preliminary Injunction misstates applicable Florida law with regard to *Shields v Paving Stone Co.*, 796 So. 2d 1267 (Fla. 4th DCA 2001). Plaintiff states that "*Shields* . . . simply stand[s] for the unremarkable proposition that relationships with former customers are not a legitimate business interest without some ongoing relationship or other basis to reasonabl[y] expect a continued relationship." DE 20, p. 3. This is an incorrect statement of law. Defendant wishes to address this misstatement in a short surreply (attached hereto as Exhibit "A").

**WHEREFORE**, Defendant respectfully requests that this Court grant Defendant's Motion for Leave to File a Surreply to Plaintiff's Reply in Support of Motion for Preliminary Injunction.

Dated: October 13, 2016

                        Respectfully submitted,

                        /s/ *Jonathan Pollard*

                        Jonathan E. Pollard
                        Florida Bar No. 83613
                        Pollard PLLC
                        401 E. Las Olas Blvd. #1400
                        Fort Lauderdale, FL 33301
                        Telephone: 954-332-2380
                        Facsimile: 866-594-5731
                        *Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with counsel for Plaintiff, Courtney Wilson, who opposes this request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be electronically filed on October 12, 2016. All registered counsel are to receive notice of the filing via the Court's electronic case filing system.

*/s/ Jonathan Pollard*