# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

**GEO GROUP, INC.,**                                        CASE NO.: 9:16−cv−81530−DMM

        Plaintiff,

v.

**MATTHEW J. SWANDO**,

        Defendant.

_____/

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF DEFENDANT MATT SWANDO

    Defendant, Matthew J. Swando, by and through undersigned counsel, hereby give Notice of Filing his Supplemental Declaration.

Dated October 13, 2016                              Respectfully submitted,

                                                       By: s/ *Jonathan Pollard*

                                                       Jonathan E. Pollard
                                                       Florida Bar No.: 83613
                                                      jpollard@pollardllc.com

                                                       Pollard PLLC
                                                       401 E. Las Olas Blvd. #1400
                                                      Fort Lauderdale, FL 33301
                                                      Telephone: 954-332-2380
                                                      Facsimile: 866-594-5731

                                                       *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be electronically filed on October 13, 2016. All registered counsel are to receive notice of the filing via the Court's electronic case filing system.

By: s/ *Jonathan Pollard*