UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**GEO GROUP, INC.,**                             CASE NO.: 9:16-cv-81530-DMM

       Plaintiff,

v.

**MATTHEW J. SWANDO,**

       Defendant.
_____/

## SUPPLEMENTAL DECLARATION OF MATTHEW SWANDO

I, MATTHEW SWANDO, declare as follows:

1. My name is Matthew Swando.

2. I am over the age of 18. If called as a witness, I could and would testify to the following facts based on my personal knowledge.

3. On October 30, 2015, I signed a Consultant Agreement ("Agreement") with GEO GROUP, INC. ("GEO").

4. After signing the Agreement, GEO's agents and/or employees required that I turn in the computer I used during my employment with GEO. I complied.

5. After signing the Agreement, GEO's agents and/or employees required that I turn in the company cell phone I used during my employment with GEO. I complied.

6. After signing the Agreement, GEO's agents and/or employees also forced me to change my cellular telephone number.

7. I did no consultant work for GEO under the Agreement.

8. I have not visited GEO offices since sometime in September 2015.

9. For the duration of the Agreement, I had no access to GEO's servers and/or databases that potentially house confidential information.

I declare under the penalty of perjury under the laws of the State of Florida and the United States of America that the foregoing is true and correct.

Executed this 13th day of October, 2016 in Fort Lauderdale, Florida.

*[Signature]*
Matthew Swando

Date: 10/13/16