UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**GEO GROUP, INC.**,                    CASE NO.: 9:16−cv−81530−DMM

        Plaintiff,

v.

**MATTHEW J. SWANDO**,

        Defendant.

_____/

## DEFENDANT'S REQUEST FOR COURT TO TAKE JUDICIAL NOTICE OF DOCUMENTS

Defendant, pursuant to Federal Rule of Evidence 201, hereby respectfully requests this Court to take judicial notice of the following publicly available information, the accuracy of which is not subject to reasonable dispute, regarding Plaintiff, Geo Group, Inc. ("Geo") and its wholly owned subsidiary BI, Incorporated ("BI"). All listed documents are attached hereto as exhibits A – H.

## DOCUMENTS TO BE JUDICIALLY NOTICED

1. 2012 contract, amendments, and option letters between BI and the Colorado Department of Corrections regarding Contract No. 48891, attached hereto as Exhibit "A."

2. 2014 contract (including attachments, amendments, and orders for supplies and services) regarding Contract No. HSCEDM-14-D-00004 between BI and United States Immigration and Customs Enforcement, attached hereto as Exhibit "B."

3. Contract procurement information exchanged between BI and the Florida Department of Juvenile Justice in 2016 regarding Request for Proposal #10347, attached hereto as Exhibit "C."

4. 2016 Contract No. 10347 between BI and the Florida Department of Juvenile Justice, attached hereto as Exhibit "D."

5. 2015 Purchase Service Agreement and attachments regarding Contract No. 2016-152 between Luzerne County [Pennsylvania] Children and Youth Services and the Luzerne County [Pennsylvania] Probation Services with BI, attached hereto as Exhibit "E."

6. Contract and attached exhibits between BI and the City and County of Denver, Colorado, Contract Control No. 201314300-00, attached hereto as Exhibit "F."

7. Internal Photos, Test Report, and User Manual for BI Loc8 (FCC ID# CSQ-LC800A) maintained by the Federal Communications Commission, attached hereto as Composite Exhibit "G."

8. GEO Group Inc.'s Form 10-K filed with the United States Securities and Exchange Commission for the fiscal year ending December 31, 2015, attached hereto as Exhibit "H."

Date: October 13, 2016

Respectfully submitted:

By: s/ *Jonathan Pollard*

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with Courtney Wilson, counsel for the Plaintiff, on October 12, 2016. Counsel for the Plaintiff indicated that the Parties may be able to reach a stipulation regarding use of certain parts of the documents appended hereto but indicated concerns as to the filing of voluminous documents.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be electronically filed on October 12, 2016. All registered counsel are to receive notice of the filing via the Court's electronic case filing system.

Jonathan E. Pollard
Florida Bar No. 83613
Jonathan Pollard, PLLC
401 E. Las Olas Blvd. #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Facsimile: 866-594-5731
jpollard@pollardllc.com
*Attorney for Defendant*