UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:16−cv−81530−DMM

**GEO GROUP, INC.**,

    Plaintiff,

v.

**MATTHEW J. SWANDO**,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, the GEO Group, Inc., and Defendant, Matthew J. Swando, pursuant to S.D. Fla. L.R. 16.2(f), give notice that the parties to this action and the related case in Colorado brought by Plaintiff, GEO Group against Defendant Swando's new/current employer, Numerex, have reached an agreement to settle the Colorado action subject to the Colorado Court's approval of the settlement and entry of a Stipulated Injunction.  The consummation of that settlement and entry of such injunction in the Colorado action will moot the issues presently pending in this Court.  Accordingly, the parties respectfully request 21 days to conclude the Colorado settlement and thereafter submit an appropriate form of stipulation and order to conclude this action.

DATED this 4th day of November, 2016.                    Respectfully submitted,

| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |
|---|---|
| By: /s/ Courtney B. Wilson<br>Courtney B. Wilson, Esq.<br>Florida Bar No. 0614580<br>E-mail: cwilson@littler.com<br>Secondary: kljackson@littler.com<br>Littler Mendelson, P.C.<br>Wells Fargo Center | By: /s/ Jonathan Edgar Pollard<br>Jonathan Edgar Pollard, Esq.<br>Florida Bar No. 83613<br>E-mail: jpollard@pollardllc.com<br>Pollard PLLC<br>401 E. Las Olas Blvd., #1400<br>Fort Lauderdale, FL 33301 |

| | |
|---|---|
| 333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552 | Telephone: (954) 332-2380<br>Facsimile: (866) 594-5731 |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of November, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

    BY: /s/ *Courtney B. Wilson*
          Courtney B. Wilson, Esq.

Firmwide:143791790.1 059218.1256